UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:14-cv-09179-JLS-AJW                          Date:  September 21, 2021

Title:  United States of America et al v. Insys Therapeutics Inc et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

 Melissa Kunig          N/A
 Deputy Clerk         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:

 Not Present          Not Present

**PROCEEDINGS: (IN CHAMBERS)  ORDER TO SHOW CAUSE RE:
DISMISSAL FOR FAILURE TO FILE OPERATIVE
COMPLAINTS OR PROSECUTE CLAIMS**

  On June 11, 2020, the Court issued an Order that dismissed the claims against Insys brought on behalf of the United States, lifted the stay of the proceedings as to the intervening states and relators, and directed the states and relators to promptly serve their operative complaints and proceed to prosecute any claims that have not been dismissed or stayed.  (Order, Doc. 65.)  The intervening states and relators have neglected to file their operative complaints and prosecute any claims that have not been dismissed or stayed. Absent the filing of any operative complaints no later than Monday, September 27, 2021, this matter will be dismissed without further notice.

             Initials of Deputy Clerk: mku