JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:14-cv-09179-JLS-AJW                                          Date:  September 28, 2021
Title:  United States of America et al v. INSYS Therapeutics Inc

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

   On September 21, 2021, the Court ordered the intervening states and relators to show cause why this action should not be dismissed for failure to file operative complaints or prosecute claims.  (*See* OSC, Doc. 67.)  The intervening states and relators failed to respond to the Court's Order.
   Accordingly, the Court DISMISSES this action in its entirety for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                                                                    Initials of Deputy Clerk:  mku