UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>Defendant. | No. 2:14-cv-09179-JLS-AJW<br><br>FINAL JUDGMENT |

On November 26, 2014, relator Torgny Andersson filed this action pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, against defendant Insys Therapeutics, Inc. ("Insys") (Doc. 1). On or about April 13, 2018, the United States intervened in part and declined to intervene in part in this action (Doc. 53).

On June 5, 2019, the United States of America and Insys reached a settlement as to the United States' claims against Insys. On June 11, 2020, the Court filed an Order dismissing all claims brought by or on behalf of the United States against Insys (a) with prejudice to the United States with respect to the Covered Conduct as that term is defined in the Settlement Agreement between the United States and Insys, (b) without prejudice to the United States with respect to all other claims, and (c) with prejudice to the relator (Doc. 65).

On September 28, 2021, the Court filed a minute order dismissing this action for failure to prosecute (Doc. 69).

Upon stipulation of the parties, by their respective counsel, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. All claims brought by or on behalf of the United States against Insys are dismissed (a) with prejudice to the United States with respect to the Covered Conduct as that term is defined in the Settlement Agreement between the United States and Insys, (b) without prejudice to the United States with respect to all other claims, and (c) with prejudice to the relator.
2. This action is dismissed in its entirety.

Dated: March 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE